| | |
|---|---|
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5215** |
| **EXCHANGE OIL & GAS CORP. ET AL** | **SECTION "L" (1)** |
| | |
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5227** |
| **GREAT SOUTHERN OIL & GAS CO., INC., ET AL** | **SECTION "L" (5)** |
| | |
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5259** |
| **PALM ENERGY OFFSHORE, L.L.C., ET AL** | **SECTION "L" (2)** |
| | |
| **JEFFERSON PARISH ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5206** |
| **DESTIN OPERATING COMPANY, INC. ET AL** | **SECTION "L" (2)** |
| | |
| **JEFFERSON PARISH ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5242** |
| **EQUITABLE PETROLEUM CORPORATION, ET AL** | **SECTION "L" (2)** |

# ORDER & REASONS

Before the Court are Defendants' motions to stay pending MDL determination. Other parties have responded in opposition. Considering the parties' briefs and the applicable law, the

Court issues the following Order & Reasons.

Considering the motion pending before the JMPL and set for discussion on July 26, 2018, this Court has determined that it is in the best interest of the parties and judicial economy to stay the proceedings. "Whether or not to grant a stay is within the Court's discretion and a stay is appropriate when it serves the interests of judicial economy and efficiency." *Louisiana Stadium & Exposition Dist. v. Fin. Guar. Ins. Co.*, 2009 WL 926982 (E.D. La. Apr. 2, 2009). It is not uncommon for Courts to stay cases pending a decision by the JMPL. *See e.g.*, *Cajun Offshore Charters, LLC v. BP Products N. Am., Inc.*, 2010 WL 2160292 (E.D. La. May 25, 2010).

Here, considering the possibility of the creation of an MDL which would coordinate the cases before a single judge, moving forward in the case would likely "waste . . . judicial resources [because] the Court would have to spend time familiarizing itself with the intricacies of a case involving complex financial transactions that will ultimately be heard by another judge." *Louisiana Stadium*, 2009 WL 926982, at *1.

Accordingly,

**IT IS ORDERED** that the motions to stay pending MDL determination are hereby **GRANTED**. Additionally, all other motions and deadlines are stayed.

New Orleans, Louisiana, this 18th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE